**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6382**

─────────────

ALANI OLUSEGUN ARAWOLE,

Plaintiff - Appellant,

versus

SAM GAYE, Special Agent; JEFFERY TIBURIZI,
Special Agent; JOHN JACKSON, Special Agent;
ERNEST DONOVEN, Special Agent; MR. BASS,
Special Agent G/S; SPECIAL AGENT FITZPATRICK;
O. HANLON, Special Agent; SPECIAL AGENT
SEWELL, T.F.O.; DETECTIVE WATFORD,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-167-PJM)

─────────────

Submitted:  August 27, 2002          Decided:  September 23, 2002

─────────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alani Olusegun Arawole, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alani Olusegun Arawole appeals the district court's order denying relief in this action filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Arawole v. Gaye</u>, No. CA-02-167-PJM (D. Md. filed Feb. 5, 2002; entered Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>